# Court of Appeals
# of the State of Georgia

ATLANTA,  February 07, 2017

*The Court of Appeals hereby passes the following order:*

## A17E0034.  HARPO v. ATTIC NOOK SELF STORAGE et al.

On September 13, 2016, Wilhy Harpo filed a notice of appeal in the Superior Court of Richmond County, challenging a ruling entered following the dismissal of his action against Attic Nook Self Storage and other defendants. Harpo also filed a "Poverty Affidavit," through which he asked the trial court for permission "to proceed [on appeal] without having to pay filing fees and associated costs." It appears that Harpo's indigency request remains pending below, and the appeal has not yet been docketed in this Court. According to Harpo, the trial court's failure to rule on his request has delayed the transmittal of the record and the docketing of his appeal. He thus has filed an "Emergency Motion" asking us to grant him pauper status so that the trial court will immediately transmit the appellate record.

We decline to do so. As an initial matter, our authority to grant relief *before* an appeal has been docketed is limited. See Court of Appeals Rule 40 (b). We may only order such relief "as may be necessary to preserve jurisdiction of an appeal or to prevent the contested issue from becoming moot." Id. Harpo has not shown that either criteria applies here. Moreover, although our rules allow us to assess the sufficiency of a pauper's affidavit filed in connection with our court fees, see Court of Appeals Rule 5, nothing permits us to make an initial determination as to pauper status sought in the trial court. Harpo must obtain a ruling on this below. Accordingly, his "Emergency Motion" is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/07/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*